## THE STATE OF INDIANA *v.* ROBINSON.

[No. 21,493.   Filed February 15, 1910.]

From Pike Circuit Court; *E. A. Ely,* Judge.

Prosecution by the State of Indiana against Guy Robinson. From a judgment releasing the defendant, during good behavior, from the payment of the fine imposed, the State appeals. *Reversed.*

*James Bingham,* Attorney-General, *A. G. Cavins, W. H. Thompson* and *E. M. White,* for the State.

HADLEY, C. J.—The questions involved in this appeal are the same as those considered in *State* v. *Smith* (1910), *ante,* 388, and for the reasons therein stated the judgment of July 23, 1908, in this case, is reversed, with instructions to sustain the State's demurrer to appellee's amended petition, filed February 8, 1908.